[No. 33723-5-III.   Division Three.   January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ADAM MASON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 15-1-00077-7, Allen Nielson, J., entered August 24, 2015. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33862-2-III.   Division Three.   January 31, 2017.]

SUN VALLEY PLAZA, LLC, *Appellant*, v. ADMIRAL INSURANCE COMPANY, *Defendant*, TERRIL, LEWIS & WILKE INSURANCE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-00873-1, Susan L. Hahn, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 47121-3-II.   Division Two.   February 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02361-1, Edmund Murphy, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ.

[No. 33763-4-III.   Division Three.   February 2, 2017.]

*In the Matter of the Detention of* C.A.E.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-6-00678-8, Anthony M. Rugel, J. Pro Tem., entered August 6, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.